UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WANDA MITCHELL LASSITER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NORTH CAROLINA COMMUNITY ) <br> HEALTH CENTER, ) <br> ) <br> Defendant. ) <br> ) | **JUDGMENT** <br> 5:18-CV-242-D |

**Decision by Court.**
On May 29, 2018, Wanda Mitchell Lassiter, proceeding pro se, moved for leave to proceed in forma pauperis [D.E. 1]. On June 1, 2018, the court denied the motion [D.E. 4]. On July 3, 2018, Lassiter filed a complaint against North Carolina Community Health Center Association ("NCCHCA" or "defendant"), seeking relief under Title VII of the Civil Rights Act of 1964 ("Title VII"), as amended, 42 U.S.C. § 2000e et seq. [D.E. 5]. On August 29, 2018, NCCHCA moved to dismiss Lassiter's complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure [D.E. 15] and filed a memorandum in support [D.E. 16]. On December 14, 2018, Lassiter responded in opposition [D.E. 22].

**IT IS ORDERED, ADJUDGED AND DECREED** the court GRANTS NCCHCA's motion to dismiss [D.E. 15] and DISMISSES the complaint without prejudice.

This case is closed.

**This judgment filed and entered on January 16, 2019, and served on:**
Wanda Mitchell Lassiter (via U.S. Mail to P.O. Box 28602, Raleigh NC 27611)
Rosemary G. Kenyon (via CM/ECF Notice of Electronic Filing)
Patrick D. Lawler (via CM/ECF Notice of Electronic Filing)
Zebulon D. Anderson (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

January 16, 2019

  /s/Lindsay Stouch
By: Deputy Clerk